UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILIP HUGHES, | ) ) ) | |
| Plaintiff, | ) ) | 3:14-cv-00626-RCJ-VPC |
| vs. | ) ) | |
| ISIDRO BACA et al., | ) ) | **ORDER** |
| Defendants. | ) ) ) | |

Plaintiff sued Defendant under 42 U.S.C. § 1983, alleging that Defendants negligently lost his property. The Court dismissed upon screening under 28 U.S.C. § 1915A. Plaintiff did not appeal but has asked the Court to reconsider under Rule 60(b)(6). The Court declines to reconsider.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Set Aside (ECF No. 7) is DENIED.

IT IS SO ORDERED.

DATED: This 16th day of September, 2016.

_____
ROBERT C. JONES
United States District Judge

1 of 1